UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARQUIS RESHAD THOMPSON,

    **Plaintiff,**

v.                                            Case No.  5:23-cv-221-MCR-MJF

TOMMY FORD, et al,

    **Defendants.**

_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated October 26, 2023. ECF No. 6. Plaintiff was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference into this Order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.

3. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**